FILED
Jul 21 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**~~PROPOSED~~ ORDER/COVER SHEET**

**TO:** Honorable Thomas S. Hixson  
U.S. Magistrate Judge

**RE:** Cuevas, David

**FROM:** Sheri Broussard,  
U.S. Pretrial Services Officer

**Docket No.:** 3:21-mj-71206-MAG-1

**Date:** July 21, 2022

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Sheri Broussard  
**U.S. Pretrial Services Officer**

415-436-7511  
**TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding   District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

   A. *The defendant may have contact with his co-defendant, Leticia Algere, outside the presence of counsel, to discuss or see his children.*

   B. *The defendant may travel to the Eastern District of California to see his children.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

*[signed]*      July 21, 2022  
**JUDICIAL OFFICER**     **DATE**  
Hon. Thomas S. Hixson  
U.S. Magistrate Judge