```
FILED
Sep 08 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | Cuevas, David |
| **FROM:** | Sheri Broussard,<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:21-mj-71206-MAG-1 |
| **Date:** | September 8, 2022 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Sheri Broussard  —  415-436-7511

**U.S. Pretrial Services Officer**  —  **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

   A. **Remove the following condition:** *The defendant must reside at St. Anthony's Father Alfred Residential Treatment Center and abide by all the rules of that program.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____

_____    September 8, 2022
**JUDICIAL OFFICER**                              **DATE**

Hon. Thomas S. Hixson
U.S. Magistrate Judge